ACCEPTED
05-18-00422-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 11:06 AM
LISA MATZ
CLERK

*CAUSE NO. 05-18-00422-CR*

*IN THE*
*FIFTH COURT OF APPEALS*
*AT DALLAS, TEXAS*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 11:06:05 AM
LISA MATZ
Clerk

*ARACELY MEZA,*
*Appellant*

*V.*

*THE STATE OF TEXAS*

*Trial Court No. F16-00230-U*

**AGREED MOTION TO SUBSTITUTE COUNSEL**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS**:

**COMES NOW** Aracely Meza, appellant herein, and submits this her Agreed Motion to Substitute Counsel. In support of said motion appellant would show the Court as follows:

Appellant is currently represented on appeal by appointed counsel, Valencia Bush. The undersigned counsel has been retained to represent appellant on appeal. Retained counsel has conferenced with appointed counsel and she has authorized the undersigned that she does not oppose this motion. The record in this cause is not due to be filed until July 20 2018. The granting of this motion will not delay the appeal. All pertinent contact information for substituting counsel is provided at the conclusion of the motion.

**WHEREFORE FOR THE FOREGOING REASON**, appellant prays that the Court grant this motion and permit the substitution of counsel of appeal.

Respectfully submitted,

/S/ Lawrence B. Mitchell
LAWRENCE B. MITCHELL
SBN 14217500
P.O. Box 797632
Dallas, Texas 75379
Tel. No.: 214.870.3440
E-mail: **judge.mitchell@gmail.com**

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing motion is being served on the attorney for the Sate of Texas, Lori Ordiway by e-mail at lori.ordiway@dallascounty.org and by mail to former counsel Valencia Bush, 10000 No. Central Expressway, Suite 400, Dallas, Texas 75231 on this the 4th day of June, 2018.

/s/ Lawrence B. Mitchell
LAWRENCE B. MITCHELL